NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL PAUL DAVIS, DOC #551797, )
                                   )
           Appellant,              )
                                     )
v.                                    )       Case No. 2D17-3195
                                     )
STATE OF FLORIDA,         )
                                     )
           Appellee.               )
_____ )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Conner, Assistant Public
Defender, Bartow, for Appellant.

Michael Paul Davis, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.